**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JEANMARIE BRISCELLA,** | : | |
| **Plaintiff,** | : | |
| | : | **Civil Action** |
| **v.** | : | **No. 16-614** |
| | : | |
| **UNIVERSITY OF PENNSYLVANIA** | : | |
| **HEALTH SYSTEM, d/b/a/** | : | |
| **PENN MEDICINE,** | : | |
| **Defendant.** | : | |

## ORDER

This 3rd day of December 2018, upon consideration of Defendant's Motion for Partial Summary Judgment (ECF No. 31), Plaintiff's Response (ECF, No. 39), and Defendant's Reply (ECF, No. 41), it is hereby **ORDERED** that Defendant's Motion is **GRANTED** in part and **DENIED** in part.

Defendant's Motion is **GRANTED** as to Plaintiff's discrimination claims under 42 U.S.C. § 1981 and Title VII and **DENIED** as to Plaintiff's retaliation claims under 42 U.S.C. § 1981, Title VII, and the Equal Pay Act.


           _____ /s/ Gerald Austin McHugh
           United States District Judge